THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY WAHL,<br><br>  Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY; and NEWCO, INC., d/b/a CASCADE COLUMBIA DISTRIBUTION COMPANY<br><br>  Defendants. | No. 2:20-cv-00467 JLR<br><br>STIPULATION AND ORDER EXTENDING TIME FOR BOEING TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>APRIL 1, 2020 |

**STIPULATION**

1.   The parties, through counsel, stipulate and agree that good cause exists to extend the deadline for defendant The Boeing Company to answer or otherwise respond to Plaintiffs' Complaint.

2.   On March 27, 2020, Boeing removed this case from the Superior Court of the State of Washington for King County.

3.   Three other plaintiffs filed similar complaints in the Superior Court of Washington, King County, all of which Boeing also removed to this Court on March 27, 2020. They are: (a) Tianna Hatleberg, *see Hatleberg v. The Boeing Co. et al.,* U.S.D.C., W.D. Wash. Case No. 2:20-cv-00464; (b) Marie Riley, *see Riley v. The Boeing Co. et al.*, U.S.D.C., W.D.

STIPULATION AND ORDER (No. 2:20-cv-00467 TLF) – 1

92263319.1

Wash. Case No. 2:20-cv-00458; and (c) N.F., *see Dana Ford, as guardian of N.F. v. The Boeing Co. et al.*, U.S.D.C., W.D. Wash. Case No. 2:20-cv-00463;

4. The Plaintiffs in each of these four cases are represented by the same undersigned plaintiffs' counsel. Boeing is represented in each of the four cases by the same undersigned defense counsel. The Plaintiffs are currently evaluating whether to file motions to remand.

5. The parties agree that it would be in the interests of efficiency, and would conserve the parties' and the Court's resources, if the parties were first to brief and resolve Plaintiff's motion to remand (if any), and then turn to Boeing's answer or potential motion to dismiss should the Court deny remand.

6. Therefore, the parties stipulate and agree that the deadline for Boeing's answer or other initial response to the Complaint should be extended to twenty-one (21) days following Plaintiff's counsel's written communication to counsel for Boeing of Plaintiff's decision not to file a motion to remand, or, in the event that Plaintiff files a motion to remand, twenty-one (21) days following the Court's order resolving Plaintiff's motion to remand.

DATED: April 1, 2020.

| | |
|---|---|
| s/*Todd R. Rosencrans*, WSBA No. 26551 | s/*Alexandra Caggiano*, WSBA No. 47862 |
| Todd R. Rosencrans, WSBA No. 26551 | Brian D. Weinstein, WSBA No. 24497 |
| TRosencrans@perkinscoie.com | Alexandra Caggiano, WSBA No. 47862 |
| Monique Wirrick, WSBA No 34093 | Phillip A. Chu, WSBA No. 46014 |
| MWirrick@perkinscoie.com | **Weinstein Caggiano PLLC** |
| Katherine E. Page, WSBA No. 32903 | 600 University Street, Suite 1620 |
| KPage@perkinscoie.com | Seattle, Washington 98101 |
| **Perkins Coie LLP** | Telephone: 206.508.7070 |
| 1201 Third Avenue, Suite 4900 | Facsimile: 206.237.8650 |
| Seattle, WA 98101-3099 | service@weinsteincaggiano.com |
| Telephone: 206.359.8000 | |
| Facsimile: 206.359.9000 | |
| | |
| Attorneys for Defendant | Attorneys for *Plaintiff* |
| *The Boeing Company* | |

STIPULATION AND ORDER (No. 2:20-cv-00467 TLF) – 2

92263319.1

**ORDER**

Based on the foregoing stipulation, it is HEREBY ORDERED that the deadline for defendant The Boeing Company to answer or otherwise respond to the complaint is extended to twenty-one (21) days following Plaintiff's counsel's written communication to counsel for Boeing of Plaintiff's decision not to file a motion to remand, or, in the event that Plaintiff files a motion to remand, twenty-one (21) days following the Court's order resolving Plaintiff's motion to remand.

DATED this 10th day of April, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] AGREED
ORDER (No. 2:20-cv-00467 TLF) – 3

92263319.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000